FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JAN 2 5 2023

MITCHELL R. ELFERS
CLERK

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Criminal No. __23-96 DHU__ |
| ) | |
| vs. ) | Count 1: 18 U.S.C. §§ 2251(a), 2251(e), and 2256: Production of a Visual Depiction of a Minor Engaging in Sexually Explicit Conduct; |
| ) | |
| **ADRIAN DALE TSINNIJINNIE,** ) | |
| ) | |
| Defendant. ) | Count 2: 18 U.S.C. § 2422(b): Coercion and Enticement; |
| ) | |
| ) | Counts 3 and 4: 18 U.S.C. §§ 1153, 2243(a), and 2246(2)(B): Sexual Abuse of a Minor; |
| ) | |
| ) | Count 5: 18 U.S.C. §§ 1153, 2243(a), and 2246(2)(C): Sexual Abuse of a Minor; |
| ) | |
| ) | Count 6: 18 U.S.C. §§ 1153, 2244(a)(3), and 2246(3): Abusive Sexual Contact. |

## I N D I C T M E N T

The Grand Jury charges:

### Count 1

On or about November 5, 2020, through on or about January 21, 2021, in San Juan County, in the District of New Mexico, the defendant, **ADRIAN DALE TSINNIJINNIE**, employed, used, persuaded, induced, enticed and coerced a minor under 18 years of age, Jane Doe, and attempted to persuade, induce, entice and coerce Jane Doe, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of 18 U.S.C. §§ 2251(a), 2251(e), and 2256.

### Count 2

On or about November 5, 2020, through on or about January 21, 2021, in San Juan County, in the District of New Mexico, and elsewhere, the defendant, **ADRIAN DALE TSINNIJINNIE**, used any facility and means of interstate and foreign commerce, to knowingly persuade, induce, entice, and coerce, and attempted to knowingly persuade, induce, entice, and coerce, Jane Doe, who had not attained the age of 18 years, to engage in any sexual activity for which any person could be charged with a criminal offense.

In violation of 18 U.S.C. § 2422(b).

### Count 3

On or about July 1, 2021, in Indian Country, in San Juan County, in the District of New Mexico, the defendant, **ADRIAN DALE TSINNIJINNIE**, an Indian, unlawfully and knowingly engaged in a sexual act with Jane Doe, a child who had attained the age of 12 years but had not attained the age of 16 years, and the sexual act consisted of contact between the mouth of the defendant and the vulva of Jane Doe.

In violation of 18 U.S.C. §§ 1153, 2243(a), and 2246(2)(B).

### Count 4

On or about July 1, 2021, in Indian Country, in San Juan County, in the District of New Mexico, the defendant, **ADRIAN DALE TSINNIJINNIE**, an Indian, unlawfully and knowingly engaged in a sexual act with Jane Doe, a child who had attained the age of 12 years but had not attained the age of 16 years, and the sexual act consisted of contact between the mouth of Jane Doe and the penis of the defendant.

In violation of 18 U.S.C. §§ 1153, 2243(a), and 2246(2)(B).

<u>Count 5</u>

On or about July 1, 2021, in Indian Country, in San Juan County, in the District of New Mexico, the defendant, **ADRIAN DALE TSINNIJINNIE**, an Indian, unlawfully and knowingly engaged in a sexual act with Jane Doe, a child who had attained the age of 12 years but had not attained the age of 16 years, and the sexual act consisted of the penetration, however slight, of the gentital opening of Jane Doe by a finger, with the intent to abuse, humiliate, harass, degrade, and arouse and gratify the sexual desire of any person.

In violation of 18 U.S.C. §§ 1153, 2243(a), and 2246(2)(C).

<u>Count 6</u>

On or about June 30, 2021, through on or about July 1, 2021, in Indian Country, in San Juan County, in the District of New Mexico, the defendant, **ADRIAN DALE TSINNIJINNIE,** an Indian, unlawfully and knowingly engaged in and caused sexual contact with Jane Doe, a child who had attained the age of 12 years but had not attained the age of 16 years, and the sexual contact consisted of the defendant intentional touching Jane Doe's breast directly and through the clothing, with an intent to abuse, humiliate, harass, degrade, and arouse and gratify the sexual desire of any person.

In violation of 18 U.S.C. §§ 18 USC 1153, 2244(a)(3), and 2246(3).

A TRUE BILL:

_____
FOREPERSON OF THE GRAND JURY

_____
Assistant United States Attorney